**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 15-0529-1-FMO |
| Plaintiff, ) | **AMENDED JUDGMENT** |
| vs. ) | |
| EDDIS DAVENPORT, ) | |
| Defendant. ) | |

Pursuant to the Ninth Circuit's Memorandum Disposition, filed on May 23, 2019, the court's Judgment is amended as follows:

Standard Conditions of Supervised Release Nos. Five (5), Six (6), and Fourteen (14), as set forth in the Court's Judgment of March 8, 2018, are hereby vacated. All other conditions and terms set forth in the Court's Judgment of March 8, 2018, shall remain in place.

_____
Fernando M. Olguin
U.S. District Judge

FILED: June 12, 2019
CLERK, U.S. DISTRICT COURT
By: _____/s/_____
Vanessa Figueroa
Courtroom Deputy Clerk

cc: Ninth Circuit Clerk
U.S. Probation
Bureau of Prisons
U.S. Marshal Service